# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ERIC JASON CAFFEY**                                                          **PLAINTIFF**

**v.**                   **Case No. 4:17-cv-00366-KGB**

**STEPHEN P. LAMB and**
**MAC GOLDEN**                                                  **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation of dismissal (Dkt. No. 68). The parties stipulate that this Court should enter an Order dismissing with prejudice plaintiff Eric Jason Caffey's complaint and claims (*Id*., ¶ 1). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 68). The Court dismisses this action with prejudice. The Court denies as moot the pending motions (Dkt. Nos. 29, 32, 53, 56, 58, 60, 62, 64).

It is so ordered this the 10th day of July, 2018.

*[signature]*
KRISTINE G. BAKER
UNITED STATES DISTRICT COURT JUDGE